UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

Jimmy Grinberg,
an individual,

    Plaintiff,

v.

Palm Beach Credit Adjustors, Inc.,
d/b/a Focus Financial Services,
a corporation,

    Defendant.

## COMPLAINT JURY DEMAND

1. Plaintiff alleges violation of the Telephone Consumer Protection Act, 47 U.S.C §227, et seq. ("TCPA") against Defendant.

## NATURE OF ACTION

2. Defendant, Palm Beach Credit Adjustors, Inc., d/b/a Focus Financial Services, violated the Telephone Consumer Protection Act by placing phone calls to Plaintiff's cellular phone, who was the wrong person, and using an automatic telephone dialing system or pre-recorded or artificial voice.

3. Plaintiff alleges a violation of his fundamental rights under the Telephone Consumer Protection Act, 47 U.S.C. § 227 et seq. ("TCPA"). Defendant used an automated telephone dialing system or pre-recorded or artificial voice to repeatedly call Plaintiff's cellular phone, which is a per se violation of the TCPA. 47 U.S.C. § 227(b)(1)(A)(iii).

## JURISDICTION AND VENUE

4. This Court has jurisdiction under 28 U.S.C. §1331 and 47 U.S.C. §227. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls to Plaintiff in this District.

## PARTIES

5. Plaintiff, Jimmy Grinberg ("Plaintiff") is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

6. Defendant, Palm Beach Credit Adjustors, Inc., d/b/a Focus Financial Services, is corporation with a principal place of business located at 3800 S Congress Ave, Suite 3, Boynton Beach, FL 33426.

## FACTUAL ALLEGATIONS

7. Defendant, or others acting at its request, used an automatic telephone dialing system or a pre-recorded or artificial voice to place telephone calls to Plaintiff's cellular telephone on numerous occasions.

8. None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

9. Defendant has left several automated or pre-recorded voice messages on Plaintiff's cell phone number 954-303-XXXX[1] including one on or about November 20, 2015 stating:

> "This is a message for Elizabeth Cardid-Salgado(sp?), If you are not Elizabeth Cardid-Salgado(sp?) please hang up or disconnect at this time. By continuing to listen to this message you acknowledge you are Elizabeth Cardid-Salgado. You should not listen to this message so that other people can hear it as it contains personal and

---

[1] Plaintiff has already provided Defendant's counsel with Plaintiff's cell phone number.

2

private information.  There will now be a three second pause in the message to allow you to listen to the message in private.  Pursuant to Federal Law this is a communication from a debt collector.  This is Pamela Wright from Focus Financial Services.  This is an attempt to collect a debt and any information obtained will be used for that purpose only. Please contact us at 866.828.5835, with your reference number 01152810269 about an important business matter."

10. On several more occasions, Defendant left similar automated or pre-recorded voice messages on Plaintiff's cell phone asking for Elizabeth Cardid-Salagado (sp?).

11. Plaintiff is not Elizabeth Cardid-Salgado, and does not know Elizabeth Cardid-Salgado.

12. Plaintiff has owned this cellular telephone number for at least the last four years.

## COUNT I

## VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT

13. Plaintiff incorporates Paragraphs 1 through 11.

14. Defendant, or others acting at its request, placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that this Court enter judgment in favor of Plaintiff and against Defendant for:

a. Damages;

b. a declaration that Defendants' calls violate the TCPA;

3

c. a permanent injunction prohibiting Defendants from placing non-emergency calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice; and

d. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

Dated this 1st day of April 2016.

> Respectfully submitted,
>
> /s/ Steven Holzman
>
> Steven C. Holzman, Esq.
> *Attorney for Plaintiff*
> Fla. Bar. 667617
>
> 4400 North Federal Hwy
> Lighthouse Point, FL 33064
> Telephone: 561-789-5366
> scholzmanlaw@gmail.com

4