UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:16-cv-60714-Zloch/Hunt

Jimmy Grinberg, an individual,
Plaintiff,

v.

Palm Beach Credit Adjustors, Inc.,
d/b/a Focus Financial Services,
a corporation,
Defendant.
_____/

# NOTICE OF PROPOSED SETTLEMENT

Plaintiff, Jimmy Ginberg, gives notice that the parties have reached settlement of all claims. The Parties are currently finalizing the terms of the settlement agreement and will be filing a Notice of Dismissal shortly.

/s/ Steven Holzman
Steven C. Holzman, Esq
Bar No: 667617
Law Offices of Steven C. Holzman, PA
4400 North Federal Hwy
Lighthouse Point, FL 33064
Phone: 561.789.5366
scholzmanlaw@gmail.com

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 31, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Steven Holzman
Steven C. Holzman, Esq
Bar No: 667617
Law Offices of Steven C. Holzman, PA
4400 North Federal Hwy
Lighthouse Point, FL 33064
Phone: 561.789.5366
scholzmanlaw@gmail.com

**SERVICE LIST**

Ernest H. "Skip" Kohlmyer, III, Esq., LL.M
Urban, Thier & Federer, P.A.
200 South Orange Avenue, Suite 2000
Orlando, Florida 32801
Kohlmyer@urbanthier.com
Office:  407-245-8352
Fax:    407-245-8361
Cell:    407-230-6408

Via Notices of Electronic Filing generated by CM/ECF